UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
Appellant Case No. 14-7147

SUBMITTED WITHOUT ORAL ARGUMENT

| | | |
|---|---|---|
| Re: Stephen Thomas Yelverton | ) | District Court Case No. |
| | ) | 1:13-cv-01544-CRC |
| Appellant/Debtor | ) | |
| | ) | |
| v. | ) | Bankruptcy Case No. |
| | ) | 09-00414 |
| Wendell W. Webster | ) | Chapter 7 |
| Chapter 7 Trustee | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Deborah Marm | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Phyllis Edmundson | ) | |
| | ) | |
| Appellees | ) | |

REQUEST FOR JUDICIAL NOTICE OF RELATED APPEAL PENDING
BEFORE THE U.S. DISTRICT COURT

Appellant/Debtor Stephen Thomas Yelverton, Pro Se, pursuant to Fed. R. Evid., Rule 201 (b)(2), (c)(2), and (d), hereby requests that the Court of Appeals take Judicial Notice of a related Appeal from the Bankruptcy Court to the U.S. District Court in Case No. 14-cv-2209-CRC, which encompasses facts and circumstances that include the Chapter 7 Trustee's Settlement Agreement with <u>non</u>-Creditors who are Bankruptcy "insiders," where related issues are pending in Case Nos. 14-7147 and 14-7149.

1

      Attached hereto is a copy of the Debtor's Appellant Brief, which was filed on February 1st for entry on February 2nd. It requests that the Appeal before the District Court be immediately Certified to the Court of Appeals, pursuant to 28 U.S.C. 158 (d)(2) and FRBP, Rule 8006 (f), on the basis that it would "materially advance the progress of the case."

Conclusions

      WHEREFORE, in view of the foregoing, Judicial Notice is requested.

      This the 2nd day of February, 2015,

Respectfully submitted,

      /s/
Stephen Thomas Yelverton, Pro Se,
D.C. Circuit Bar No. 22300
601 Pennsylvania Ave, N.W., Suite 900 South,
Washington, D.C. 20004,
Tel. 202-702-6708
Fax 202-403-3801
styelv@aol.com

<u>CERTIFICATE OF SERVICE</u>

I, Stephen Thomas Yelverton, Pro Se, hereby certify that the foregoing Request for Judicial Notice was served on the 2nd day of February, 2015, by CM/ECF on the following Appellee parties:

Wendell W. Webster, Esq., Chapter 7 Trustee
Natalie S. Walker, Esq.
Webster & Frederickson, PLLC
1775 K St., NW, Suite 600
Washington, DC 20006

Jeffrey L. Tarkenton, Esq.
Womble Carlyle
1200 Nineteenth St., N.W., Suite 600
Washington, DC 20036
Counsel for Appellees Marm/Edmundson

/s/
Stephen Thomas Yelverton, Pro Se
D.C. Circuit Bar No. 22300